**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KELLY PRATT, as surviving wife of DEREK M. PRATT, Deceased<br><br>*Plaintiff,*<br><br>v.<br><br>GAMING AND LEISURE PROPERTIES, INC., and,<br>PENN ENTERTAINMENT, INC.<br><br>*Defendants.* | No. 4:25-cv-00853-MAL |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**, with prejudice.

So ordered this 7th day of July, 2026.

_____
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE